65 A.3d 831

IN THE MATTER OF EDWARD G. ENGELHART, AN ATTORNEY
AT LAW (ATTORNEY NO. 013251979).

May 22, 2013.

## ORDER

This matter having been duly presented to the Court on the certification of the Office of Attorney Ethics pursuant to *Rule* 1:20–13(b)(1) to effectuate the automatic temporary suspension from practice of **EDWARD G. ENGELHART** of **FAIRFIELD,** who was admitted to the bar of this State in 1979, respondent

having pleaded guilty in the United States District Court for the District of New Jersey to conspiracy to structure transactions to evade a reporting requirement contrary to 31 *U.S.C.* § 5324(a)(3) and 5324(d)(1), in violation of 18 *U.S.C.* § 371;

And the Court having considered the submissions by respondent and the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **EDWARD G. ENGELHART** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that respondent shall refrain from taking on any new matters, effective immediately for either current or prospective clients; and it is further

ORDERED that **EDWARD G. ENGELHART** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **EDWARD G. ENGELHART** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the attorney disciplinary proceedings involving **EDWARD G. ENGELHART** shall be conducted on an accelerated basis; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.